THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 8, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re: | Case No.
---|---
Scott A Lewison and Margarita Lewison | 14-30385-gmh
Genevieve L. Sather | 14-31201-gmh
John Verbeten | 14-31868-gmh
Dominic A. Pinto and Jean M. Pinto | 14-32389-gmh
David Scott Wagner and Lisa Karen Wagner | 14-33620-gmh
Anna Lee Walton | 14-34121-gmh
Samantha J Olson | 14-34243-gmh
Jerome A Engl | 14-34560-gmh
Frederic G. Treuber | 15-20021-gmh
Major Williams, Jr. and Beverly A Williams | 15-20039-gmh
Genevieve M. McClintock | 15-20406-gmh
Donna Jean Berth | 15-20526-gmh
Caprice L Hill | 15-21373-gmh
Elizabeth A Fries | 15-21385-gmh
Janice K Cobbler | 15-23951-gmh
Christopher C LaCanne and Elise J LaCanne | 15-24503-gmh
Jodi R. Oleson | 15-24567-gmh
Jerry Baldwin | 15-24984-gmh

_____

Attorney Amy J. Smith
Kohner, Mann & Kailas, S.C.
Washington Building
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
asmith@kmksc.com

| | |
|---|---|
| Christy Dorthea Richberger | 15-26274-gmh |
| Jason G. Jolin and Dusty R. Jolin | 15-26501-gmh |
| Susan Lynn Santiago | 15-27398-gmh |
| Denise L Rogers | 15-27416-gmh |
| Jeffrey S. Winkler and Melissa A Winkler | 15-27635-gmh |
| Misty D. Becker | 15-27801-gmh |

## ORDER FOR SUBSTITUTION OF COUNSEL

This matter having been brought before the court pursuant to the Stipulation for Substitution of Counsel by Attorney Amy J. Smith and Attorney Michael A. Fowdy.

**IT IS HEREBY ORDERED** that it is stipulated and agreed that Attorney Amy J. Smith is the attorney of record with regard to the creditors previously represented by Attorney Michael A. Fowdy in the above named cases.

**IT IS FURTHER ORDERED** that with respect to creditors previously represented by Attorney Michael A. Fowdy, the clerk shall terminate Attorney Michael A. Fowdy from the CM/ECF online docketing system for the above-named cases and substitute Attorney Amy J. Smith in the system as the attorney of record.

**IT IS FURTHER ORDERED** that Attorney Michael A. Fowdy be relieved from any and all responsibilities as the attorney of record in the above named cases.

**IT IS FURTHER ORDERED** that the creditors' representation by Kohner, Mann & Kailas S.C. continues unaffected by these proceedings.

#####

2